

**BASHIAN**
**PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19

VIA CM/ECF Only

November 25, 2019

U.S. District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

*Adjourned to Tuesday, December 17, 2019, at 4:30pm.
So Ordered.*
*No further adjournments*
/s/ J.G. Koeltl
U.S.D.J.
11/26/19.

**Re:** *Nelson v. Peoples Choice Kitchen, Inc., et al.*, Case No. 1:19-cv-4143-JGK

Dear U.S. District Judge Koeltl:

This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for December 3, 2019 at 4:30 p.m. This is our fourth request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action. The request is necessary so that we can research alternative addresses to contact the defendants in hopes that they will appear in this action before resorting to motion practice. It is therefore respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of convenience.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:  Peoples Choice Kitchen, Inc. *(first class mail only)*
     2733 FDB1963 LLC *(first class mail only)*