UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAREEM NELSON,

        Plaintiff,        19cv4143 (JGK)

- against -        ORDER

PEOPLE'S CHOICE KITCHEN, INC. et al.,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

The certificate of default with respect to People's Choice Kitchen is vacated. The time for People's Choice Kitchen to move or answer is **January 31, 2020**. People's Choice Kitchen waives any defense with respect to the manner of service. The parties should submit a revised Rule 26(f) report by **February 3, 2020**. Counsel for People's Choice Kitchen should file a notice of appearance by **December 20, 2019**. Another conference is set for **February 14, 2020** at **2:30 PM**.

SO ORDERED.

Dated:    New York, New York
          December 17, 2019

                                    John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12.18.19