

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpalaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

March 16, 2020

U.S. District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

> Application GRANTED. The Initial Pretrial Conference is reset for April 15, 2020 at 10:30 a.m. The conference will proceed telephonically. All counsel are directed to call (888) 251-2909 and use Access Code 2123101. No further extensions.
>
> 3/16/2020
>
> LEWIS J. LIMAN
> United States District Judge

**Re:** *Nelson v. Peoples Choice Kitchen, Inc. et al.*, **Case No.: 1:19-cv-4143-LJL**

Dear U.S. District Judge Liman:

      This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for March 23, 2020 at 4:30 p.m. We write to respectfully request an adjournment of the conference as our office is currently closed due to COVID-19. This request will not prejudice any of the parties or affect any other scheduled dates in that counsel for the defendant Peoples Choice Kitchen, Inc. consents to this request and defendant 2733 FDB1963 LLC has yet to appear. Our request is also necessary because the parties have engaged in settlement discussions and are hopeful the parties may be able to resolve this action without incurring further costs and fees. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-April.

      We thank this Honorable Court for its time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

cc: Carolyn V. Minter, Esq. *(CM/ECF)*