# BASHIAN PAPANTONIOU P.C.

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

> Application to adjourn conference is GRANTED. The Initial Pretrial Conference is RESET for May 14, 2020 at 11:00 a.m. and will proceed telephonically. Parties are instructed to call (888) 251-2909 and use access code 2123101.
>
> 4/7/2020
>
> LEWIS J. LIMAN
> United States District Judge

VIA CM/ECF Only

April 7, 2020

U.S. District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

**Re:** *Nelson v. Peoples Choice Kitchen, Inc. et al.*, **Case No.: 1:19-cv-4143-LJL**

Dear U.S. District Judge Liman:

This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for April 15, 2020 at 10:30 a.m. We write to respectfully request an adjournment of the conference as counsel for defendant Peoples Choice Kitchen, Inc. has yet to respond to our numerous attempts to contact them for input or consent to our proposed case management plan and scheduling order ("CMP"), which we presume may be due to COVID-19 and presumably their office being closed. This request will not prejudice any of the parties or affect any other scheduled dates in that defendant 2733 FDB1963 LLC has also not yet appeared. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-May.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc: Carolyn V. Minter, Esq. *(CM/ECF)*