```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KAREEM NELSON,                                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :        19-cv-4143 (LJL)
              -v-                                                  :
                                                                   :             ORDER
PEOPLES CHOICE KITCHEN, INC. ET AL,                                :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

LEWIS J. LIMAN, United States District Judge:

      As discussed at the Initial Pretrial Conference today, Plaintiff shall make any motion for default judgment against Defendant 2733 FDB1963 LLC (assuming such defendant has not appeared) no later than July 1, 2020. The motion should be made in compliance with Exhibit A of the Court's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-lewis-j-liman.

      SO ORDERED.

Dated: May 14, 2020
       New York, New York

                                                        LEWIS J. LIMAN
                                          United States District Judge