UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kareem Nelson,

                Plaintiff,

-against-

Peoples Choice Kitchen, Inc. and 2733 FDB1963 LLC,

                Defendants.

1:19-cv-04143 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled in this action on Wednesday, June 17, 2020. As of today, the Court still has not received Defendant Peoples Choice Kitchen's *ex parte* pre-conference submission in accordance with the Court's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Defendant Peoples Choice Kitchen shall email its submission to Chambers today, June 15, 2020. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

DATED:     New York, New York
              June 15, 2020

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020