**BASHIAN PAPANTONIOU P.C.**

Erik M. Bashian, Esq.  
T: (516) 279-1554  
F: (516) 213-0339  
eb@bashpaplaw.com  

*Admitted to Practice in New York and New Jersey

SO ORDERED.

6/19/2020

LEWIS J. LIMAN
United States District Judge

VIA CM/ECF Only

June 19, 2020

U.S. District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

    **Re:**     *Nelson v. Peoples Choice Kitchen, Inc. et al.*, **Case No.: 1:19-cv-4143-LJL**

Dear U.S. District Judge Liman:

    This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We write in furtherance of the Settlement Conference held before Magistrate Judge Aaron on June 17, 2020. During the conference, Plaintiff outlined a settlement proposal to Defendant Peoples Choice Kitchen, Inc., who will respond to the proposed settlement by July 1, 2020. Accordingly, Plaintiff is respectfully requesting an extension of time to file a default judgment against defendant 2733 FDB1963 LLC until July 31, 2020, in hopes that the parties will reach a full resolution.

    We thank this Honorable Court for its time and consideration in this matter.

    Respectfully submitted,

    BASHIAN & PAPANTONIOU, P.C.

    */s/ Erik M. Bashian*

    _____
    Erik M. Bashian, Esq.

cc:     Carolyn V. Minter, Esq. *(CM/ECF)*