# BASHIAN PAPANTONIOU P.C.

Application GRANTED.

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

7/29/2020

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

July 29, 2020

U.S. District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

**Re:** *Nelson v. Peoples Choice Kitchen, Inc. et al.*, **Case No.: 1:19-cv-4143-LJL**

Dear U.S. District Judge Liman:

This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We write in connection with Your Honor's Order, dated June 19, 2020 (D.E. 50). Plaintiff is respectfully requesting an extension of time to file a default judgment against defendant 2733 FDB1963 LLC until August 31, 2020, as Plaintiff is continuing to engage in settlement discussions with counsel for Defendant Peoples Choice Kitchen, Inc.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: Carolyn V. Minter, Esq. *(CM/ECF)*