**BASHIAN PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

Application for extension of time to file is **GRANTED**.

8/28/2020

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

VIA CM/ECF Only

August 28, 2020

U.S. District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

**Re:** *Nelson v. Peoples Choice Kitchen, Inc. et al.*, **Case No.: 1:19-cv-4143-LJL**

Dear U.S. District Judge Liman:

This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We write in connection with Your Honor's Order, dated July 29, 2020 (D.E. 52) granting Plaintiff's request for an extension of time to file a default judgment against defendant 2733 FDB1963 LLC ("2733 FDB1963"). Plaintiff and counsel for Defendant Peoples Choice Kitchen, Inc. ("Peoples Choice") are continuing to engage in settlement discussions and counsel for Peoples Choice has provided Plaintiff with an additional address for defendant 2733 FDB1963. Plaintiff would like additional time to make further effort in having defendant 2733 FDB1963 appear in this action. Accordingly, Plaintiff is respectfully requesting an extension of time to file a default judgment against defendant 2733 FDB1963 until September 30, 2020.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ Erik M. Bashian
_____
Erik M. Bashian, Esq.

cc:   Carolyn V. Minter, Esq. *(CM/ECF)*